K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, <br><br>         Plaintiff, <br><br>     vs. <br><br> ESKANDAR ZAMZAMI, et al. <br><br>         Defendants. | No.  1:11-CV-00645-LJO-MJS <br><br> **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez ("Plaintiff") and Defendants Eskandar Zamzami dba Fat Boy Market, Yang Touyee and Matha Touyee ("Defendants"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: December 13, 2011                                  MOORE LAW FIRM, P.C.


                                                         /s/Tanya E. Moore
                                                         Tanya E. Moore
///                                                      Attorney for Plaintiff Natividad Gutierrez

*Gutierrez v. Zamzami, et al.*
Stipulation for Dismissal

Page 1

1  Date: December 13, 2011                                    FISHER & PHILLIPS LLP

                                                              <u>/s/ James Fessenden</u>
                                                              James Fessenden, Attorneys for
                                                              Defendants Eskandar Zamzami dba Fat
                                                              Boy Market, Yang Touyee, Matha Touyee

## ORDER

   The parties having so stipulated,

   IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

   Dated:   **December 13, 2011**                    <u>     /s/ Lawrence J. O'Neill     </u>
                                                              UNITED STATES DISTRICT JUDGE

*Gutierrez v. Zamzami, et al.*
Stipulation for Dismissal
                                   Page 2