K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ESKANDAR ZAMZAMI, et al.<br><br>　　　　Defendants. | No. 1:11-CV-00645-LJO-MJS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez ("Plaintiff") and Defendants Eskandar Zamzami dba Fat Boy Market, Yang Touyee and Matha Touyee ("Defendants"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: December 13, 2011                    MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　/s/Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
///　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Natividad Gutierrez

*Gutierrez v. Zamzami, et al.*
Stipulation for Dismissal

Date: December 13, 2011                                          FISHER & PHILLIPS LLP

/s/ James Fessenden
James Fessenden, Attorneys for
Defendants Eskandar Zamzami dba Fat
Boy Market, Yang Touyee, Matha Touyee

## ORDER

    The parties having so stipulated,

    IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **December 13, 2011**                    /s/ Lawrence J. O'Neill
                                                                       UNITED STATES DISTRICT JUDGE